| LOAN NUMBER/DEBTOR | 4276/Jordanov | Case #: | 17-33927 | Filed date:11/13/17 | REG POST PMT BEGIN: |
|---|---|---|---|---|---|
| Payment Change Dates | 11/1/2018 | 12/1/2017 | | | 12/1/2017 |
| Payment Change Amount | $ 1,751.07 | $ 1,723.14 | | | Loan Mod - effective 12/1/17 |
| | | **Manual Tracking** | | | |
| **Transaction Date** | **Debtor Funds** | **Amount to post payment** | **Manual Debtor Suspense** | **Post-Petition Due Date** | **Comments** |
| | | | $ - | | |
| 12/8/2017 | $ 1,803.51 | $ 1,723.14 | $ 80.37 | 12/1/2017 | |
| 2/28/2017 | $ 1,900.00 | $ 1,723.14 | $ 257.23 | 1/1/2018 | |
| 3/2/2018 | $ 1,900.00 | $ 1,723.14 | $ 434.09 | 2/1/2018 | |
| 3/15/2018 | $ 1,803.51 | $ 1,723.14 | $ 514.46 | 3/1/2018 | |
| 6/18/2018 | $ 1,800.00 | $ 1,723.14 | $ 591.32 | 4/1/2018 | |
| 6/28/2018 | $ 1,800.00 | $ 1,723.14 | $ 668.18 | 5/1/2018 | |
| 8/31/2018 | $ 1,086.39 | $ 1,723.14 | $ 31.43 | 6/1/2018 | |
| | | | $ 31.43 | | |
| 9/14/2018 | $ 1,727.63 | $ 1,723.14 | $ 35.92 | 7/1/2018 | |
| 9/28/2018 | $ 1,727.63 | $ 1,723.14 | $ 40.41 | 8/1/2018 | |
| 10/10/2018 | $ 1,727.63 | $ 1,723.14 | $ 44.90 | 9/1/2018 | |
| 10/11/2018 | $ 83.44 | | $ 128.34 | | |
| 10/31/2018 | $ 1,727.63 | $ 1,723.14 | $ 132.83 | 10/1/2018 | |
| 11/21/2018 | $ 1,727.63 | $ 1,751.07 | $ 109.39 | 11/1/2018 | |
| 2/28/2019 | $ 1,744.12 | $ 1,751.07 | $ 102.44 | 12/1/2018 | |
| 3/22/2019 | $ 1,744.12 | $ 1,751.07 | $ 95.49 | 1/1/2019 | |
| 4/29/2019 | $ 1,744.12 | $ 1,751.07 | $ 88.54 | 2/1/2019 | |
| 5/31/2019 | $ 1,744.12 | $ 1,751.07 | $ 81.59 | 3/1/2019 | |
| | | $ 1,751.07 | $ (1,669.48) | 4/1/2019 | |
| | | $ 1,751.07 | $ (3,420.55) | 5/1/2019 | |
| | | $ 1,751.07 | $ (5,171.62) | 6/1/2019 | |
| | | | $ (5,171.62) | | **Total delinquency** |

| | | | | |
|---|---|---|---|---|
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |

Exhibit E

| | | | | |
|---|---|---|---|---|
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |
| | | $ (5,171.62) | | |

Exhibit E

| | | | | |
|---|---|---|---|---|
| | | $    (5,171.62) | | |
| | | $    (5,171.62) | | |