REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) Genoveva P. Jordanov *aka Gina Jordanov and* Alexander G. Jordanov *aka Alex Jordanov*    Case No. 17-33927    Chapter 13
All Cases: Moving Creditor   Pingora Loan Servicing, LLC    Date Case Filed   11/13/2017
Nature of Relief Sought:    ■ Lift Stay    □ Annul Stay    □ Other (describe)
Chapter 13:    Date of Confirmation Hearing _____    Or Date Plan Confirmed   03/28/2018
Chapter 7:    □ No-Asset Report Filed on _____
    □ No-Asset Report not filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. □ Car Year, Make, and Model _____
   c. □ Other (describe) _____

2. Balanced Owed as of June 10, 2019    $183,528.62, principal balance, $186,492.40 payoff balance
   Total of all other Liens against Collateral _____

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:
   Payment History attached as Exhibit E

4. Estimated Value of Collateral (must be supplied in *all* cases)    $282,000.00 based on Debtor Schedule A/B

5. Default
   a. □ Pre-Petition Default
      Number of months _____ Amount _____
   b. ■ Post-Petition Default
      i. ■ On direct payments to the moving creditor
         Number of months   3    Amount   $5,171.62
      ii. □ On payments to the Standing Chapter 13 Trustee
         Number of Months _____ Amount _____

6. Other Allegations
   a. □ Lack of Adequate Protection § 362(d)(1)
      i. □ No insurance
      ii. □ Taxes unpaid    Amount _____
      iii. □ Rapidly depreciating asset
      iv. □ Other (describe) _____

   b. □ No Equity and not Necessary for an Effective reorganization § 362(d)(2)

   c. □ Other "Cause" § 362(d)(1)
      i. □ Bad Faith (describe) _____
      ii. □ Multiple Filings
      iii. □ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. □ Reaffirm   ii. □ Redeem   iii. □ Surrender   iv. ■ No Statement of Intention Filed

Date:   June 25, 2019    /s/ Kenneth W. Bach
    Counsel for Movant